1  QUIN DENVIR, Bar #49374
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Assistant Federal Defender
3  801 I  Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   FERNANDO CASTRO-HERRERA

8              IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,         ) No. CR-S-05-0117 MCE
                                     )
13              Plaintiff,           )
                                     )  STIPULATION AND [PROPOSED] ORDER
14      v.                           )
                                     )
15 FERNANDO CASTRO-HERRERA,          ) Date: September 20, 2005
                                     ) Time: 8:30 a.m.
16              Defendant.           ) Judge: Morrison C. England, Jr.
                                     )
17 _____     )

19     It is hereby stipulated between the parties, Jason Hitt, Assistant
20 United States Attorney, attorney for Plaintiff, Linda Harter, attorney
21 for defendant, FERNANDO CASTRO-HERRERA, as follows:
22     It is agreed that the current Status Conference date of August 30,
23 2005, be vacated and a new status conference date of September 20, 2005
24 at 8:30 a.m. be set.  The time is excluded pursuant to U.S.C.
25 §3161(h)(8)(A) and Local Code T4.
26 ///
27 ///
28 ///

Defense counsel has received a draft plea agreement but the parties agree that there needs to be some work done to come to a final agreement. We need to research some of the legal issues.

Dated: August 26, 2005

          Respectfully submitted,

          QUIN DENVIR
          Federal Defender

          /s/ Linda Harter
          _____
          LINDA HARTER
          Assistant Federal Defender
          Attorney for Defendant
          FERNANDO CASTRO-HERRERA

          MCGREGOR W. SCOTT
          United States Attorney

Dated: August 26, 2005

          /s/ Jason Hitt
          _____
          JASON HITT
          Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: August 30, 2005

          _____
          MORRISON C. ENGLAND, JR
          UNITED STATES DISTRICT JUDGE