1 QUIN DENVIR, Bar #49374
Federal Defender
2 LINDA HARTER, Bar # 179741
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
FERNANDO CASTRO-HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-0117 MCE |
| Plaintiff, | STIPULATION AND ~~[PROPOSED]~~ ORDER |
| v. | |
| FERNANDO CASTRO-HERRERA, | Date: November 15, 2005<br>Time: 8:30 a.m. |
| Defendant. | Judge: Morrison C. England, Jr. |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, Linda Harter, attorney for defendant, FERNANDO CASTRO-HERRERA, as follows:

It is agreed that the current Status Conference date of November 1, 2005, be vacated and a new status conference date of November 15, 2005 at 8:30 a.m. be set. The time is excluded pursuant to U.S.C. §3161(h)(8)(A) and Local Code T4.

///

///

///

1     Defense counsel has received a draft plea agreement but the
2 parties agree that there needs to be some work done to come to a final
3 agreement. We need to research some of the legal issues.
4 Dated: October 31, 2005

                                            Respectfully submitted,

                                            QUIN DENVIR
                                            Federal Defender

                                            /s/ Linda Harter
                                        _____
                                        LINDA HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        FERNANDO CASTRO-HERRERA

                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: October 31, 2005
                                        /s/ Jason Hitt
                                        _____
                                        JASON HITT
                                        Assistant U.S. Attorney


                                                **ORDER**

**IT IS SO ORDERED.**

Dated: November 3, 2005

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE